# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0060.  ERIC KINGSTON v. LESLIE BOTKO.**

In 2015, the trial court issued a final judgment and decree of divorce to Eric Kingston and Leslie Botko.  Kingston subsequently filed a motion for attachment and contempt, in which he sought to have Botko held in contempt of various provisions in the divorce decree.  The trial court granted Kingston's motion in part and denied it in part, and Kingston moved for reconsideration of the court's ruling that Botko was not in contempt for her alleged failure to pay Kingston a sum of money as property division representing his interest in the marital residence.  The trial court denied Kingston's motion for reconsideration, and he filed an application for discretionary review of that ruling in this Court.  We lack jurisdiction.

The Supreme Court has appellate jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because the underlying subject matter of this application is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/19/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.